# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOHNNIE JUDAH, Co-Personal Representative for the Estate of LAWRENCE EUGENE JUDAH, Deceased, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-14-70-JHP |
| (1) COMANCHE COUNTY FACILITIES AUTHORITY, d/b/a Comanche County Detention Center, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 5, 2016 the United States Magistrate Judge entered Findings and Recommendation in regard to a friendly suit on whether the settlement reached in this case and the distribution of the settlement proceeds are in the best interest of the minor child, J.G. The Magistrate Judge recommended that the distribution of the proceeds as proposed be approved and that the Order Approving Settlement and the Order directing the execution of the receipt to the trust institution be signed by this Court. No party has filed any objection to the Magistrate Judge's Findings and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

This Court finds that the Findings and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on April 5, 2016, be **AFFIRMED** and **ADOPTED** by this

Court as its Findings and Order. The distribution of the settlement proceeds as proposed is approved. The Order Approving Settlement and the Order directing the execution of the receipt to the trust institution will be entered separately.

IT IS SO ORDERED this 17th day of May, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma